IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RODNEY F. KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-06-1308-M |
| ) | |
| OKLAHOMA CITY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On April 26, 2007, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging violations of plaintiff's constitutional rights.  The Magistrate Judge recommended that plaintiff's federal claims be dismissed with prejudice upon filing and that this Court decline to exercise supplemental jurisdiction over plaintiff's state law claims and that these claims be dismissed without prejudice. Plaintiff was advised of his right to object to the Report and Recommendation by May 11, 2007. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on April 26, 2007;
(2) DISMISSES plaintiff's federal claims with prejudice upon filing;
(3) DECLINES to exercise supplemental jurisdiction over plaintiff's state law claims, and
(4) DISMISSES plaintiff's state law claims without prejudice.

**IT IS SO ORDERED this 21st day of May, 2007.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE